# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

MICHELLE MACDONALD,                 )
                                    )
      Plaintiff,             )
                                    )
v.                                  )          1:22-cv-00024-NT
                                    )
BREWER SCHOOL DEPARTMENT, et al.,   )
                                    )
      Defendants             )

## <u>PLAINTIFF'S MOTION TO AMEND COMPLAINT</u>

Plaintiff, through counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 15(a)(2), to amend her complaint and file Plaintiff's First Amended Complaint, a copy of which is attached. According to the Rule, this Court "should freely give leave when justice so requires." F.R.Civ.P. 15(a)(2). Here, the proposed amendment makes the following changes:

- Alters the caption and amends ¶ 26 such that only Gregg Palmer, Cheri Towle, Brent Slowikowski, and Renita Ward-Downer are sued in their official capacities.

- Adds ¶ 166 to read: Otherwise similarly-situated teachers at Brewer High School who did not engage in LGBTQ+ advocacy and were not associated with LGBTQ+ individuals did not experience similar harassment to MacDonald's harassment and were not similarly accused by the school of being "unprofessional" or "confrontational."

- Adds ¶ 167 to read: Pelletier did not engage in LGBTQ+ advocacy and was not associated with LGBTQ+ individuals as MacDonald did and was.

- Amends former ¶ 173 (new ¶ 175) to include that the hostile work environment was also because MacDonald opposed a practice that would be a violation of Title VII and made a charge, testified or assisted in an investigation, proceeding, or hearing under the Title VII.

- Amends former ¶ 174 (new ¶ 176) to change "because of her sex" to "because of sex."

- Deletes Wellman from "(j)" of the Prayer for Relief (MHRC civil penalty).

WHEREFORE, Plaintiff requests that she be granted leave to file the attached First Amended Complaint.

Dated: May 20, 2022                      /s/ John P. Gause

_____
John P. Gause, Esq., Bar No. 8192
Eastern Maine Law, LLC, P.A.
23 Water St., Suite 202
Bangor, ME 04401
(207) 947-5100
jgause@easternmainelaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I electronically filed the foregoing Motion using the CM/ECF system, which will send notification of such filing to Melissa Hewey, Esq., attorney for Defendants.

Dated: May 20, 2022                      /s/ John P. Gause

_____
John P. Gause, Esq., Bar No. 8192
Eastern Maine Law, LLC, P.A.
23 Water St., Suite 202
Bangor, ME 04401
(207) 947-5100
jgause@easternmainelaw.com