**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| MICHELLE MACDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-cv-00024-NT |
| | ) | |
| BREWER SCHOOL DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants | ) | |

**STIPULATION OF DISMISSAL OF SOME DEFENDANTS**

NOW COME all parties and stipulate to the dismissal of Cheri Towle, Brent Slowikowski, Renita Ward-Downer, Paul Wellman, and Breanne Pelletier from this action with prejudice and without costs or attorney's fees to any party. The parties intend that the action shall proceed against the remaining Defendants only.

Dated: August 18, 2023

/s/ John P. Gause

John P. Gause, Esq., Bar No. 8192
Attorney for Plaintiff
Eastern Maine Law, LLC, P.A.
23 Water St., Suite 300
Bangor, ME 04401
(207) 947-5100; jgause@easternmainelaw.com

Dated: August 18, 2023

/s/ Melissa A. Hewey

Melissa A. Hewey, Esq., Bar No. 3587
Attorney for Defendants
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207) 772-1941; mhewey@dwmlaw.com