**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| MICHELLE MACDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-cv-00024-NT |
| | ) | |
| BREWER SCHOOL DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL

NOW COME all remaining parties and stipulate to the dismissal of this action with prejudice and without costs or attorney's fees to any party.

Dated: September 6, 2023

/s/ John P. Gause

John P. Gause, Esq., Bar No. 8192
Attorney for Plaintiff
Eastern Maine Law, LLC, P.A.
23 Water St., Suite 300
Bangor, ME 04401
(207) 947-5100; jgause@easternmainelaw.com

Dated: September 6, 2023

/s/ Melissa A. Hewey

Melissa A. Hewey, Esq., Bar No. 3587
Attorney for Defendants
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207) 772-1941; mhewey@dwmlaw.com